**FILED**

**01/09/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Jabari Burkes_

v.

(Full name of defendant(s))

_Mr. Elliott_

Case Number:

2:23-cv-00019-JPH-MG

(to be supplied by clerk of court)

## A.   PARTIES

1.   Plaintiff is a citizen of _Indiana_, and is located at
(State)

_Wabash Valley Correctional Facility_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant _Mr. Elliott_
(Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Wexford ~~[scribbled out text]~~_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Mr. Elliott failed to respond to an emergency situation within time on 11/25/22 at 1:25 PM, when I slipped & fell at the Q-100 range shower due to negligence. Mr. Elliott didn't respond until shortly after 4:00 PM, which was 2 & 1/2 hrs. later because he didn't care for my physical health.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Compensatory - $25,000

Punitive - $10,000

Nominal - $5,000

**FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
                              OR

☐    Court Trial – I want a judge to hear my case

Dated this _30th_ day of _December_ 20_22_.

Respectfully Submitted,

_____Jabari Burkes_____
Signature of Plaintiff

_____201465_____
Plaintiff's Prisoner ID Number

_Wabash Valley Correctional Facility_
_P.O. Box 1111 Carlisle, IN 47838-1111_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____Jabari Burkes_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**