UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JABARI BURKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00019-MPB-MG |
| | ) |
| ELLIOTT Mr., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is **dismissed without prejudice** for failure to prosecute.

Date:  May 10, 2023

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY:  *[signature: Tricia M. Blanford]*
Deputy Clerk, U.S. District Court


Distribution:

JABARI BURKES
201465
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838